FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 9:39 am, Jul 20, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DANIEL ORLANDO ABRAHAMS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-93 |
| v. | * | |
| WARDEN, FSL JESUP, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 7.  Petitioner Daniel Abrahams ("Abrahams") did not file Objections to this Report and Recommendation.  In fact, the Report and Recommendation sent to Abrahams at his last known address was returned to the Court as undeliverable.  Dkt. No. 8.[1]

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES**

---

[1] It appears Abrahams was transferred to another penal institution during the pendency of this case, yet he failed to notify the Court of any change in his address, as required.  Local R. 11.1 ("Each. . . *pro se* litigant has a continuing obligation to apprise the Court of any address change."); https://www.bop.gov/inmateloc/, search for Number 63227-018, "Abrahams, Daniel Orlando" (last visited July 17, 2020). This provides an additional reason to dismiss Abraham's Petition.

AO 72A
(Rev. 8/82)

Abrahams' 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Abrahams *in forma pauperis* status on appeal.

    **SO ORDERED**, this ___20___ day of ___July___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)