AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 4:07 pm, Jul 21, 2020

DANIEL ORLANDO ABRAHAMS,

Petitioner,

v.

WARDEN, FSL JESUP,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV218-93

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 20th day of July 2020, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing Petitioner's 28 U.S.C. § 2241 Petition, and denying in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 21, 2020

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03